DANIEL W. SHOYER et al., Copartners under the Firm Name of D. W. SHOYER & Co., Respondents, *v.* EDMUND WRIGHT-GINSBERG Co., INC., Appellant.

*Contract — factors — action to recover from factor damage caused by its report as valid sales purchases which were never completed.*

*Shoyer* v. *Wright-Ginsberg Co., Inc.*, 219 App. Div. 773, affirmed. (Argued June 13, 1927, decided July 20, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover from defendant as factors the amount of damage to plaintiff arising from its reporting as valid sales purchases which were never completed, thereby causing plaintiff to unnecessarily manufacture goods. (See 240 N. Y. 223.)

*Gerald B. Rosenheim* for appellant.

*I. Maurice Wormser* and *Karl W. Kirchwey* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.  Absent: O'BRIEN, J.